# ROBINSON, WETTRE & MILLER LLC
ATTORNEYS AT LAW
ONE NEWARK CENTER, 19TH FLOOR
NEWARK, NEW JERSEY 07102

(973) 690-5400
FAX (973) 466-2760
www.rwmlegal.com

November 8, 2010

BY CM/ECF
Hon. Patty Shwartz, U.S.M.J.
United States District Court
Frank R. Lautenberg U.S.P.O & Cthse. Bldg.
Rm. 477
Newark, New Jersey 07101

   Re: Nycomed US Inc. and Jagotec AG v. Tolmar, Inc.
      Docket No.: 2:10-cv-02635 (KSH)(PS)

Dear Judge Shwartz:

  This firm is local counsel to plaintiffs Nycomed US Inc. and Jagotec AG. Pursuant to the Court's Order of October 27, 2010, enclosed for the Court's consideration are the following:

1. Declaration of Leda Dunn Wettre in Support of Entry of Discovery Confidentiality Order;
2. Certification of Albert B. Chen Pursuant to the Court's October 27, 2010 Order;
3. Certification of A. Neal Seth Pursuant to the Court's October 27, 2010 Order; and
4. Stipulated and Proposed Discovery Confidentiality Order.

  We thank Your Honor for her kind consideration.

                Respectfully,

                *Leda Dunn Wettre* /MJG
                Leda Dunn Wettre

LDW/rs
Enclosures
cc: All counsel (via CM/ECF)